**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>LeeAnn Britton,<br><br>　　　　　　Defendant. | No.  CR 05-0796-2-PHX-DKD<br><br>**AMENDED ORDER** |

On February 14, 2006, Defendant LeeAnn Britton appeared before this Court for an admit/deny hearing. A Petition for Revocation of Supervised Release having been filed on January 9, 2006 and Defendant having admitted the allegation that she violated Standard Condition No. 9 and violated Special Condition No. 1 and the Court having found that the Defendant has violated the terms and conditions of supervised release,

**IT IS THE JUDGMENT OF THIS COURT THAT** Defendant's supervised release is **REVOKED**.

**IT IS ORDERED** committing the Defendant to the custody of the Bureau of Prisons for a term of five (5) months. Defendant is further ordered to serve seven (7) months of Supervised Release at a treatment facility. As a special condition of Supervised Release, upon Defendant's release from BOP, Defendant is to be released to BSSW for a period of up to 30 days followed by the remaining time on Supervised Released at a halfway house to be identified by the Probation Office.

1    **IT IS FURTHER ORDERED** that the remaining allegations as stated in the Petition
2 to Revoke Supervised Release, paragraph A, B, D, and F, are dismissed.
3    DATED this 7th day of March, 2006.

_____
David K. Duncan
United States Magistrate Judge